

**FILED**

07/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0356

**FILED**

JUL 2 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE AUTHORIZATION
OF A RETIRED JUDGE TO PERFORM
A MARRIAGE CEREMONY

O R D E R

The Honorable Gregory G. Pinski, Retired District Judge, having retired under the judges' retirement system as provided by law and having requested authorization to perform a marriage ceremony,

IT IS ORDERED that the Honorable Gregory G. Pinski is hereby called to duty as a district judge to perform a marriage ceremony uniting Jaime Pinski Gipe and Brian Geike on July 31, 2021, in Cascade County, Montana.

This Order is entered by the Chief Justice pursuant to Article VII of the Constitution of the State of Montana and statutes enacted in conformity therewith and in implementation thereof.

The Clerk of Court is directed to mail a copy of this Order to the Honorable Gregory G. Pinski.

DATED this 20 day of July, 2021.

_____
Chief Justice